UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMNANG TOUCH,<br><br>   Plaintiff,<br><br>   v.<br><br>COX AUTOMOTIVE CORP SVCS, LLC., et al.,<br><br>   Defendants. | No. 2:23-cv-01848-TLN-KJN<br><br>**RELATED CASE ORDER** |
| SAMNANG TOUCH,<br><br>   Plaintiff,<br><br>   v.<br><br>COX AUTOMOTIVE CORPORATE SERVICES, LLC., et al.<br><br>   Defendants. | No. 2:23-cv-01945-KJM-CSK |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of

this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

    IT IS THEREFORE ORDERED that the action denominated 2:23-cv-01945-KJM-CSK is reassigned to District Judge Troy L. Nunley, and the caption shall read 2:23-cv-01945-TLN-CSK. Any dates currently set before District Judge Kimberly J. Mueller are hereby VACATED. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

    IT IS SO ORDERED.

DATED: April 5, 2024

                                    Troy L. Nunley
                                    United States District Judge